IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

***In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation***
***MDL No. 2327***

**Civil Action No.** 2:15-cv-15316

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   _Ana Saldana_________________

2. Plaintiff's Spouse (if applicable)

   ______________________________

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   ______________________________

4. State of Residence

   _Texas_______________________

5. District Court and Division in which venue would be proper absent direct filing.

   _Texas Northern District Court_____________________________________

   ____________________________________________________________

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Ethicon, Inc.

   ☒ B. Johnson & Johnson

☐ C. American Medical Systems, Inc. ("AMS")

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: ______________________________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_______9-11_______________

___________________________

___________________________

B. Other allegations of jurisdiction and venue:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☒ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

________________________________________

________________________________________

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT

☒ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

____________________________________________

____________________________________________

10. Date of Implantation as to Each Product:

_03/16/2005________________________

__________________________________

__________________________________

11. Hospital(s) where Plaintiff was implanted (including City and State):

_Presbyterian Hospital of Dallas_________

_Dallas, TX__________________________

12. Implanting Surgeon(s):

_Tara A. Dullye, M.D._________________

_____________________________________

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

- ☒ Count V – Strict Liability – Design Defect
- ☒ Count VI – Common Law Fraud
- ☒ Count VII – Fraudulent Concealment
- ☒ Count VIII – Constructive Fraud
- ☒ Count IX – Negligent Misrepresentation
- ☒ Count X – Negligent Infliction of Emotional Distress
- ☒ Count XI – Breach of Express Warranty
- ☒ Count XII – Breach of Implied Warranty
- ☒ Count XIII – Violation of Consumer Protection Laws
- ☒ Count XIV – Gross Negligence
- ☒ Count XV – Unjust Enrichment
- ☐ Count XVI – Loss of Consortium
- ☒ Count XVII – Punitive Damages
- ☒ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

Dated: November 18, 2015

JOHNSON BECKER, PLLC

_/s/_*Lisa A. Gorshe*____________
Lisa A. Gorshe (#29522X)
Michael K. Johnson (#258696)
Timothy J. Becker (#256663)
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: lgorshe@johnsonbecker.com
Email: mjohnson@johnsonbecker.com
Email: tbecker@johnsonbecker.com

*Counsel for Plaintiff*